UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUCY LABELLA                                            JURY TRIAL DEMANDED

v.                                                      CASE NO.  3:07CV

SCHECTMAN HALPERIN SAVAGE LLP
SHAWN MASTERSON

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.*

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Defendants regularly collect or attempt to collect debts owed or asserted to be owed to another.

5. Each Defendant is a debt collector within the meaning of the Fair Debt Collection Practices Act.

6. In 2007, defendants engaged in efforts to collect plaintiff's personal debt allegedly owed to "A.F.S. Assignee of Wells Fargo Financial.".

7. Defendants communicated and filed lawsuit documents on behalf of "A.F.S. Assignee."

8. No such entity is registered with the Connecticut Secretary of State.

9. Defendant Masterson rebuffed an inquiry asking him to identify "A.F.S."

10. Upon information and belief, there is no such entity.

11. Defendants listed the address of "A.F.S. Assignee" as 6851 Jericho Tpke, Syosset NY.

12. An internet search and an inquiry to a tenant of that address did not reveal any such entity at that address.

13. Defendants claimed that plaintiff had a credit card account with plaintiff's predecessor-in-interest, that a credit card agreement existed, that "A.F.S." made advances against the credit card, and that a balance was due on the credit card.

14. Defendants' assertions were false.

15. Defendants' collection activities included misrepresentations.

16. In the collection efforts, defendant violated the FDCPA, *inter alia*, §1692e, -f, or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net