UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUCY LABELLA

v.                                              CASE NO.  3:07CV  1225 (WWE)

SCHECTMAN HALPERIN SAVAGE LLP
SHAWN MASTERSON

## NOTICE OF DISMISSAL

Pursuant  to Rule 4l(a)(l), plaintiff hereby dismisses the within action, with

prejudice and without costs or fees based on the parties' settlement agreement.

THE PLAINTIFF


BY_____/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395


Certificate of Service

    I hereby certify that on Sept.15, 2007, a copy of foregoing Notice of Dismissal was filed
electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic
filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net